*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOUTZ, MYERS, and KISOR
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**David A. WILSON**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202100344**

_____

Decided: 29 September 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Derek A. Poteet (arraignment)
Stephen F. Keane (trial)

Sentence adjudged 14 September 2021 by a general court-martial convened at Marine Corps Recruit Depot San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 23 months, forfeitures of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. The original Entry of Judgment incorrectly stated that Appellant was awarded a bad-conduct discharge rather than a dishonorable discharge. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

2

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202100344 |
| **v.** | **ENTRY OF JUDGMENT** |
| **David A. WILSON**<br>**Staff Sergeant (E-6)**<br>**U.S. Marine Corps**<br><br>*Accused* | *As Modified on Appeal*<br><br>**29 September 2022** |

On 14 September 2021, the Accused was tried at Marine Corps Recruit Depot San Diego, California, by a general court-martial, consisting of a military judge sitting alone. Military Judge Stephen F. Keane, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea*: Guilty

*Finding*: Guilty

**Specification 1:** **Assault consummated by a battery between on or about 1 April 2016 and 30 April 2016.**

*Plea*: Guilty

*Finding*: Guilty

**Specification 2:** **Aggravated assault by a means likely to produce death or grievous bodily harm on or about 13 October 2018.**

*Plea*: Not Guilty, but guilty of the lesser included offense of Article 128, assault consummated by a battery.

*Finding*: Guilty of the lesser included offense of assault consummated by a battery.

**Specification 3:**  **Assault consummated by a battery on or about 13 October 2018.**

   *Plea*: Guilty

   *Finding*: Guilty

**Specification 4:**  **Assault consummated by a battery upon an intimate partner on or about 15 March 2019.**

   *Plea*: Not Guilty

   *Finding*: Dismissed

**Specification 5:**  **Assault consummated by a battery upon an intimate partner on or about 7 April 2019.**

   *Plea*: Guilty

   *Finding*: Guilty

**Specification 6:**  **Assault consummated by a battery upon an intimate partner on or about 7 April 2019.**

   *Plea*: Guilty

   *Finding*: Guilty

**Specification 7:**  **Assault consummated by a battery upon an intimate partner on or about 7 April 2019.**

   *Plea*: Guilty

   *Finding*: Guilty

**Charge II:**  **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

   *Plea*: Not Guilty

   *Finding*: Dismissed

**Specification:**  **Rape by threatening or placing another person in fear on or about 7 April 2019.**

   *Plea*: Not Guilty

   *Finding*: Dismissed

## SENTENCE

On 14 September 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

   *For Specification 1 of Charge I*:
      confinement for 6 months.

*For Specifications 2 and 3 of Charge I*:
    confinement for 6 months.

*For Specification 5 of Charge I*:
    confinement for 23 months.

*For Specification 6 of Charge I*:
    confinement for 12 months.

*For Specification 7 of Charge I*:
    confinement for 23 months.

The terms of confinement will run concurrently.

Specifications 2 and 3 of Charge I were merged for sentencing.

**Forfeiture of all pay and allowances.**

**Confinement for a total of 23 months.**

**A dishonorable discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court